# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2024 KW 1195

**FEBRUARY 10, 2025**

---

In Re:   Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 794927.

---

**BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

   **WRIT DENIED.** The trial court correctly denied the motion to correct illegal sentence. Relator's sentences did not exceed the maximum sentences authorized by law. <u>See</u> La. R.S. 15:529.1(A)(4)(a)&(c); La. R.S. 14:2(B)(39)&(B)(41). Furthermore, any challenge to a previous conviction which is not made before sentence is imposed may not thereafter be raised to attack the sentence. <u>See</u> La. R.S. 15:529.1(D)(1)(b).

                         **AHP**
                         **TPS**
                         **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.